SAMUEL S. AMICO, *ET ALS.*, CLAIMANTS-PETITIONERS, v. BOARD OF REVIEW, DIVISION OF EMPLOYMENT SECURITY, ETC., *ET ALS.*, RESPONDENTS.

*Messrs. Pellettieri & Rabstein* and *Messrs. Irving Abramson, Ruth Weyand, Melvin Warshaw, Marilyn G. Rose* for the claimants.

*Mr. Edward A. Kaplan* for respondent Board of Review, etc.; *Messrs. McCarter & English* and *Messrs. Merritt Lane, Jr.* and *John Drosdick* for respondent General Electric Company.

February 1, 1966. Granted.

MELBA G. MEY, PLAINTIFF-RESPONDENT, v. PUBLIC SERVICE ELECTRIC AND GAS COMPANY, DEFENDANT-PETITIONER.

*Mr. Luke A. Kiernan, Jr.* for the petitioner.

*Messrs. Pindar, McElroy, Connell & Foley* for the respondent.

February 1, 1966. Denied.

GOVERNMENT SECURITY CO., PLAINTIFF-PETITIONER, v. GEORGE HENRY BEHNKE, *ET AL.*, DEFENDANTS AND ORLAND PROPERTIES, INC., DEFENDANTS-RESPONDENTS.

*Mr. Saul A. Wiltes* for the petitioner.

*Mrs. Sylvia B. Pressler* for the respondents.

February 1, 1966. Denied.